# United States Bankruptcy Court
## Northern District of Illinois
Eastern Division

In Re:

Integra Integrated Procuremnt Soluti ) Bankruptcy Case No. 02-9876

Debtor

## ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 29,272.11 to Thomas A McCaslin IV claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN  2774  .

*Bruce W. Black* (signature)

Bruce W. Black
United States Bankruptcy Judge

Dated: July 10, 2013

Payment to be mailed to:

Thomas A McCaslin IV
1330 N State Road (1330 State Street)
Pottstown, PA 19464

Rev. 09-13-12lh